AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 4:22 MJ 8101 SRW | Date and time warrant executed: 5-10-22, ~10:40 am | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: SA Michael Tiderington

Inventory of the property taken and name of any person(s) seized:

Attempted execution at approximately 10:40 am, May 10, 2022 in presence of SA Michael Tiderington by turning device on and then entering "123456" and "000000" into passcode. Both log in attempts were unsuccessful. Phone will be submitted for forensic analysis.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-10-22

_Executing officer's signature_

Special Agent David Morton
_Printed name and title_